

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2018

No. 04-17-00430-CR

San Juan **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3674
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on March 7, 2018. The State's first motion for extension of time was granted, extending the deadline for filing the brief to April 6, 2018. On April 6, 2018, the State filed a motion requesting an additional extension of time to file the brief until May 7, 2018, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed by May 7, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court